■ In the Matter of RICHARD W. KOZLOWSKI, an Attorney, Resignor. [753 NYS2d 413] —Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*,

240 AD2d 83). Present—Pine, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.